■ JULIAN A. LIPMAN v. HAROLD LATTANZI.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between AL (ELIAS) ASTONE et al., and ARTIE DUNN.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ ADOLPH MOSBERG v. MICHAEL N. TAVLIN.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of ALEX COHEN et al., against JOSEPH SCHECHTER, as Chairman, et al.— Motion for reargument granted, the decision of this court filed herein on January 28, 1960 is recalled and the order entered thereon on January 28, 1960 is vacated and, upon reargument the motion to have the appeal heard upon the original record and upon typewritten or mimeographed appellants' points is granted to the extent of permitting the appeal to be heard on the original record and upon typewritten or mimeographed appellants' points on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points on the Corporation Counsel, and file 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAUL GELTMAN et al., Individually and as Administrators, C.T.A. of JOSEPH GELTMAN, Deceased, v. TRAVIS S. LEVY et al.— Motion granted to the extent of extending the time of the appellants to perfect their appeals from the order entered November 10, 1959 up to and including April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. The orders of this court entered January 28, 1960 are modified accordingly. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS against HARRY SILBERGLITT, as Warden.— Motion denied. The appellant has shown insufficient basis for this court fixing bail, so long as he has the right and the ability to pay the $1,000 fine. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ LOUIS GANDINO v. WILLIAM L. CROW CONSTRUCTION COMPANY. WILLIAM L. CROW CONSTRUCTION COMPANY v. LA SALA MASON CORPORATION.— Motion for extension of time granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to and including March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be filed on or before April 13, 1960. The order of this court entered on February 11, 1960 is modified accordingly. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.